**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OMNIPOL, a.S.,** *et al.***,**

        **Plaintiffs,**

**-vs-**                          **Case No.:** 8:19-cv-00794-VMC-TGW

**CHRISTOPHER WORRELL,** *et al.*

        **Defendants.**
_____/

**DECLARATION OF BRIAN CALCIANO IN SUPPORT OF CHRISTOPHER**
**WORRELL'S MOTION FOR ATTORNEY'S FEES AND COSTS**

    1.     I, Brian Calciano, am Defendant Christopher Worrell's counsel in this matter.

    2.     I graduated from Stetson University College of Law in 2013. I was selected to join Stetson Law Review after my first semester and the Honors Program during my second year.

    3.     I was admitted to the Florida Bar in March 2014. During the gap between my graduation and admission, I worked as a litigation paralegal and law clerk under the direct supervision of a Florida Bar Board Certified Expert attorney in labor & employment law, attending depositions, hearings, and mediations with the attorney and authoring federal and state court memoranda under attorney supervision.

1

4.     I have been a career litigator as an attorney since the day of my admission to the Florida Bar in March 2014. After working under the supervision of a Florida Bar Board Certified Expert attorney in labor & employment law in Fort Myers, I opened a solo practice in St. Petersburg in October 2014. Since admission, I quickly gained extensive practical experience representing employees in litigation in state and federal courts, often as the sole attorney or first chair, handling matters ranging from small wage claims to multi-million dollar lawsuits involving a hybrid of employment law claims and business torts.

5.     Around October 2015 I joined the partnership Themis Law Group LLP as their Employment Law Partner responsible for all employment litigation in the firm and supervising other attorneys and staff on litigation projects. Around this time, I began expanding my practice area to include more business counseling and litigation as well as accepting more employment defense matters. After developing co-counsel relationships with a network of other, more-experienced practitioners in my fields, I increased my standard billable rate to the $300 - $350 range I seek here around 2015/2016 after those lawyers indicated that such a range was more consistent with market rates for attorneys with my skill and ability. When I co-counsel matters with more experienced practitioners, it is typical for us to bill at the same rate.

6.     I left Themis Law Group around April 2018 to recommence solo practice.

7.     I have developed unique experience in defending employees from allegations of misconduct and wrongdoing by their own employers and third parties and have gained a reputation within my community for doing so. For example, in 2017 I presented a CLE for the

2

St. Petersburg Bar Association's Labor & Employment Law Section on the applicability of Florida's Computer Abuse and Data Recovery Act to claims by employers against employees. I have also been a member of the Florida chapter of the National Employment Lawyers Association (Florida NELA) since 2013, occasionally being chosen to work on amicus briefs on behalf of the organization for matters of great importance affecting the rights of employees based on my legal research and writing ability and litigation experience. I recently presented a course for CLE credit a Florida NELA's 2019 Labor Day conference concerning representation of employee whistleblowers. I have also presented on legal topics for management-side audiences through the National Business Institute and other organizations as well as writing for publication such as The Checkoff, a publication of the Florida Bar Labor and Employment Law Section. I am an active member of both the Business Law and Labor and Employment Law Sections of the Florida Bar.

8.      In 2018 and 2019, I was selected by Super Lawyers, a subsidiary of Thomson Reuters, to receive their Rising Star award, a distinction given to no more than 2.5% of Florida lawyers based on peer nominations & evaluations as well as professional achievements including verdicts/settlements, representative clients, experience, honors and awards, pro bono service, bar and professional activity, and other factors.

9.      I was referred this matter by another lawyer based on my skill, experience, and reputation in representing employees and businesses regarding tort claims like those raised in

3

this action, especially when those claims concern matters within the scope of party's employment such as occurred here with Mr. Worrell.

10.     I am seeking an hourly rate in this matter of $350.00 which is consistent with the hourly rates awarded in similar cases in the Middle District of Florida for attorneys of comparable skill and experience as set forth in Memorandum in support of the Motion for Fees.

11.     A true and correct copy of the time records reflecting attorney hours spent by the undersigned are attached hereto as Attachment 1.

12.     I spent 61.54 hours in this matter.

13.     The hours spent by the undersigned were necessarily and reasonably expended in defense of Christopher Worrell in this action.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.**

This 31st day of October, 2019.

/s/ *Brian Calciano*
_____
Brian Calciano
*Counsel for Defendant Christopher Worrell*

4

# Activities Export

10/31/2019
5:23 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/31/2019 | 🕐 | Initial review of Brech Motion for Fees and Costs.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ■ | ▮ | ■ |
| 10/31/2019 | 🕐 | Phone conference w/ D. LePierre re: meet and confer prior to motion for fees filed (result: will set conference for next week with all atty stakeholders).<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ■ | ▮ | ■ |
| 10/31/2019 | 🕐 | Cont. drafting motion for fees, supporting declaration; Legal research RE: applicability of 28 U.S.C. § 1927 to circumstances of case.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 2.50h | ■ | ▮ | ■ |
| 10/30/2019 | 🕐 | Draft motion for fees and costs<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 3.14h | ■ | ▮ | ■ |
| 10/30/2019 | 🕐 | Legal research RE: prevailing fees re: intertwined claims.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ■ | ▮ | ■ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ■<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/29/2019 | 🕐 | Legal research RE: prevailing defendant fee standard for Civil Theft, Fla. RICO, and Federal RICO claims.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.50h | ███ | ▮ | ███ |
| 10/24/2019 | 🕐 | Legal research RE: application of litigation privilege to defamation claims in federal court, application to other kinds of related claims (tortious interference, abuse of process); draft email to J. Blanchard and client re: same.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.00h | ███ | ▮ | ███ |
| 10/21/2019 | 🕐 | Phone conference w/ client re: dismissal order, prevailing party fees & costs, and related issues.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ███ | ▮ | ███ |
| 10/17/2019 | 🕐 | Review of endorsed order dismiss action; phone conference w/ client re: same and related matters.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ███ | ▮ | ███ |
| 10/11/2019 | 🕐 | Finalize interrogatories to Plaintiffs; serve.<br>🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ███ | ▮ | ███ |
| | | | | | **61.54h** | | **$0.00** | ███ |
| | | | | | | | 0.0h | 61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/11/2019 | 🕐 | Phone conference w/ client re: contents of interrogatories to Plaintiffs, litigation strategy.<br>● Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.10h | ▉ | ▌ | ▉ |
| 10/10/2019 | 🕐 | Draft 1st SOIs to Ptfs<br>● Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.20h | ▉ | ▌ | ▉ |
| 10/10/2019 | 🕐 | Phone conference w/ client re: discovery conference with counsel, rescheduling of sanctions hearing in bankruptcy court, litigation strategy, and related matters.<br>● Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▉ | ▌ | ▉ |
| 10/09/2019 | 🕐 | Phone conference w/ counsel for parties re: discovery issues, including deposition scheduling, protective order, exchange of documents, and related issues.<br>● Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▉ | ▌ | ▉ |
| 10/07/2019 | 🕐 | Phone conference w/ client re: sanctions motion, hearing, litigation strategy and related matters.<br>● Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▉ | ▌ | ▉ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▉<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/07/2019 | 🕐 | Review of ch. 11 trustee's filing re: response to motion to compel, amended motion for sanctions; draft email to client re: same. 🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▇▇▇ | ▮ | ▇▇▇ |
| 10/04/2019 | 🕐 | Phone conference w/ client re: CAE meeting, potential stakeholders in issues in litigation, insurance coverage, possible indemnification claim, and related matters 🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ▇▇▇ | ▮ | ▇▇▇ |
| 10/03/2019 | 🕐 | Review and reply to OC re: deposition scheduling; forward email to client w/ message re: same. 🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▇▇▇ | ▮ | ▇▇▇ |
| 10/02/2019 | 🕐 | Phone conference w/ client re: bankruptcy sanctions hearing and related issues, litigation strategy, review of USG R26 disclosures, draft email to client re: same. 🔵 Unbilled | 00438-Worrell Litigation defense, Omnipol, a.S. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▇▇▇ | ▮ | ▇▇▇ |
| 09/30/2019 | 🕐 | Phone conference w/ C. Emden re: discovery issues, protective order, mediation considerations, and related issues; phone conference w/ client re: same and litigation strategy. 🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.80h | ▇▇▇ | ▮ | ▇▇▇ |
| | | | | | **61.54h** | | **$0.00** 0.0h | ▇▇▇ 61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 09/30/2019 | 🕐 | In-person conference w/ client to review discovery responses, litigation strategy, and related matters; finalize discovery responses.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 2.00h | ▮ | ▮ | ▮ |
| 09/26/2019 | 🕐 | Phone conference w/ client re: discovery response drafts, responses to Strother's SOI, confidentiality stipulated order, litigation strategy, and related matters.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.70h | ▮ | ▮ | ▮ |
| 09/26/2019 | 🕐 | Review and reply to client email correspondence re: proposed stip and related issues.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 09/26/2019 | 🕐 | Review of proposed confidentiality stipulated order; draft email correspondence to client re: same.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ▮ | ▮ | ▮ |
| 09/25/2019 | 🕐 | Review responses and prepare objections to request for production<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.70h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▮<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 09/25/2019 | ⏱ | Prepare objections and review draft responses to 1st SOI from Ptfs; review of documents provided by client; Legal research RE: applicability of privilege objections, privilege log disclosure obligations under Middle District of Fla. Discovery Handbook, improper contention interrogatories under same.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 2.00h | ▅ | ▌ | ▅ |
| 09/25/2019 | ⏱ | Phone conf. w/ Josh Smith 9/25/19<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▅ | ▌ | ▅ |
| 09/25/2019 | ⏱ | Left phone message w/ Counsel for J. Brech (J. Smith) re: discovery and related issues.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▅ | ▌ | ▅ |
| 09/24/2019 | ⏱ | Review of Response and Reply brief re: USG employees' motion to dismiss.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.60h | ▅ | ▌ | ▅ |
| 09/24/2019 | ⏱ | Draft email correspondence to client re: documents in case, status<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., | Brian Calciano | 0.30h | ▅ | ▌ | ▅ |
| | | | | | **61.54h** | | **$0.00** | ▅ |
| | | | | | | | 0.0h | 61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 09/24/2019 | 🕐 | Phone conference w/ client re: discovery responses, litigation strategy, proposed stipulated confidentiality agreement/ protective order and related to discovery responses & ability to disclose documents, pending events in case, subject matter of conference w/ C. Emden, USG position re: document disclosure, and related matters.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.50h | ▮ | ▮ | ▮ |
| 09/24/2019 | 🕐 | Phone conf w/ C. Emden 9/24/19 4:45pm re: document disclosures and related matters.<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.60h | ▮ | ▮ | ▮ |
| 09/24/2019 | 🕐 | Phone conference w/ V. Harris re: status of Team One insurance claim<br>🟢 Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 09/12/2019 | 🕐 | Phone conference w/ client re: discovery responses, contract conflation issues in plaintiffs' complaint, and litigation strategy; draft follow-up email to client re: same. | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.70h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▮<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Billed invoice 250 | | | | | | |
| 09/09/2019 | 🕐 | Phone conference w/ client re: litigation strategy, wrong contract attached to plaintiffs' complaint, status of insurance claims in related cases, and related issues.<br>● Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.60h | ███ | █ | ███ |
| 09/09/2019 | 🕐 | Phone conference w/ client re: status of insurance claims and related matters.<br>● Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ███ | █ | ███ |
| 09/09/2019 | 🕐 | Phone conf w/ V. Harris Cell 404-433-6841<br>● Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ███ | █ | ███ |
| 09/09/2019 | 🕐 | Return call of V. Harris; draft email correspondence following up on status of insurance claim.<br>● Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ███ | █ | ███ |
| 09/04/2019 | 🕐 | Phone conference w/ P House re: insurance claim status.<br>● Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ███ | █ | ███ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ███<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/30/2019 | 🕐 | Review of government parties' motion to dismiss and attachments; review of discovery requests propounded to client; draft email correspondence to client re: same. ● Billed invoice 250 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.80h | ██████ | █ | ██████ |
| 08/28/2019 | 🕐 | Phone conference w/ C. Emden re: motion to dismiss response, Ptf's 30b6 request, and related matters; draft email to T. Sheridan re: depo scheduling request. ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ██████ | █ | ██████ |
| 08/24/2019 | 🕐 | Review of response to motion to dismiss and attachments; draft email correspondence to client re: same. ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ██████ | █ | ██████ |
| 08/23/2019 | 🕐 | Phone conference w/ client re: status of case, Brech motion to dismiss, mediation scheduling; review of Brech motion to dismiss, draft email correspondence to T. Sheridan re: mediation date availability. ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ██████ | █ | ██████ |
| 08/12/2019 | 🕐 | 8/12/19 Phone conference w/ D. Bates and client ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., | Brian Calciano | 0.50h | ██████ | █ | ██████ |
| | | | | | **61.54h** | | **$0.00** | ██████ |
| | | | | | | | 0.0h | 61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | | Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 08/12/2019 | 🕐 | Phone conference w/ client re: D. Bates call, anticipated knowledge and conference w/ A. Saitta<br>🟢 Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 08/12/2019 | 🕐 | Phone conference w/ client re: witness to Elmex conversation, preparation of Rule 11 correspondence and for mediation, and related matters.<br>🟢 Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▮ | ▮ | ▮ |
| 08/09/2019 | 🕐 | Cont. Drafting Mot Dismiss; phone conferences w/ client re: facts referenced in motion, supporting documents, and related matters; draft R. 26 disclosures; file and serve documents with court and on parties.<br>🟢 Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 6.90h | ▮ | ▮ | ▮ |
| 08/08/2019 | 🕐 | Draft Motion to Dismiss Amended Complaint<br>🟢 Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 2.00h | ▮ | ▮ | ▮ |
| 08/08/2019 | 🕐 | Review of bankruptcy trustee's email re: subpoena, notice to counsel for defendant's; reply re: | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. | Brian Calciano | 0.20h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▮<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | same; draft email correspondence to J. Blanchard re: same and whether notice was given. ● Billed invoice 227 | Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 08/08/2019 | 🕐 | Phone conference w/ client re: motion to dismiss, R26 disclosure contents, litigation strategy, service on co-defendant, co-defendant motion for amicus, order from court re: show cause as to non-dismissal of parties, and related matters. ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ▮ | ▮ | ▮ |
| 08/07/2019 | 🕐 | Phone conference w/ J. Blanchard re: insurance claim information, status of related cases, strategic matters, facts supporting defamation counterclaims, and related issues; draft email with insurance coverage information. ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▮ | ▮ | ▮ |
| 08/05/2019 | 🕐 | Draft email to client re: communications w/ C. Emden, contents of proof of claim, relevance to motion to dismiss, and related matters. ● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 08/05/2019 | 🕐 | Phone conference w/ C. Emden re: allegations in amended complaint, mediation considerations (length and # of parties), proof of claim filed in bankruptcy court, confidentiality of documents that | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.80h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00** 0.0h | ▮ 61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | may be filed with the court, and related matters.<br>● Billed invoice 227 | | | | | | |
| 08/02/2019 | 🕐 | Phone conference w/ client re: response to complaint, motion to dismiss drafting, Rule 11 correspondence substance, litigation and mediation strategy, and related matters.<br>● Billed invoice 227 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.50h | ▮ | ▮ | ▮ |
| 08/02/2019 | 🕐 | Phone conference w/ Team One Insurance broker re: client's claim as add'l insured; draft follow up eamil correspondence re: same<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▮ | ▮ | ▮ |
| 08/02/2019 | 🕐 | Phone conference w/ Team One Insurance broker re: client's claim as add'l insured; draft follow up eamil correspondence re: same<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ▮ | ▮ | ▮ |
| 07/31/2019 | 🕐 | Review and respond to C. Staine email re: amended complaint, attendance at mediation, formal dismissal, Rule 11 and related issues.<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 07/31/2019 | 🕐 | Phone conference w/ client re: amended complaint, contents of proposed Rule 11 correspondence; | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▮<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | setup add'l ▇▇▇ folder for client upload.<br>🟢 Billed invoice 219 | Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 07/29/2019 | 🕐 | Draft email correspondence responding to C. Staine re: attendance at mediation and position re: amended complaint.<br>🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▇▇▇ | ▇ | ▇▇▇ |
| 07/29/2019 | 🕐 | Phone conference w/ client re: amended complaint, litigation strategy, and related matters.<br>🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ▇▇▇ | ▇ | ▇▇▇ |
| 07/29/2019 | 🕐 | Review of Lepierre response to order to show cause, endorsed orders red mediation scheduling, minutes of hearing, and related matters (.4); initial review of amended complaint (.6); draft email correspondence to client re: status of case, amended complaint, conference with AUSA, and related matters (.2).<br>🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.20h | ▇▇▇ | ▇ | ▇▇▇ |
| 07/29/2019 | 🕐 | Phone conference w/ gov't counsel re: amended complaint, rule 11 letters, mediation scheduling and attendance, and related issues.<br>🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▇▇▇ | ▇ | ▇▇▇ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▇▇▇<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/23/2019 | 🕐 | Phone conference w/ D. LePierre re: Rule 11 issues, basis for C. Worrell facts in pleadings, pathways to pre-mediation settlement and related issues (.2); phone conference w/ client re: same, case status litigation strategy, and insurance/indemnification issues (.2)  🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.40h | ▮ | ▮ | ▮ |
| 07/23/2019 | 🕐 | Review of correspondence for Saittas' counsel to ptfs' counsel re: Rule 11 notice, frivolous facts in complaint, and related issues; draft email correspondence to counsel for co-defendants re: Rule 11 issues and efforts to contact ptfs' counsel in advance of amended complaint filing.  🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.50h | ▮ | ▮ | ▮ |
| 07/23/2019 | 🕐 | Draft email correspondence to ptfs' counsel re: good-faith conference in advance of amended complaint filing, rule 11 and related issues.  🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ▮ | ▮ | ▮ |
| 07/12/2019 | 🕐 | Attend hearing on Motions to Dismiss  🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 2.00h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00**  0.0h | ▮  61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 07/12/2019 | 🕐 | Meeting w/ client and preparation for hearing; add'l research on 9(b) policies in 11th Circuit, including Odion v. Google and cited cases; conference w/ counsel for co-defendants re: hearing strategy.<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.50h | ███ | ▌ | ███ |
| 07/11/2019 | 🕐 | Review and reply to email correspondence from co-defendants' counsel re: presentation of argument at hearing, bases for motion to dismiss, and related matters; forward copy of same to client.<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.20h | ███ | ▌ | ███ |
| 07/11/2019 | 🕐 | Review and download of docket entries (.2); draft email to client re: presentation at hearing, scheduling, meeting location court procedures and related issues (.3); review of parties' memoranda, Legal research RE: same (.8); reply to email from co-parties' counsel re: presentation of arguments at hearing and related issues (.2).<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.50h | ███ | ▌ | ███ |
| 07/10/2019 | 🕐 | Review of letter from AUSA re: false allegations against co-party<br>● Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ███ | ▌ | ███ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ███<br>61.54h |

# Activities Export

| Date ▼ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/10/2019 | 🕐 | Phone conference w/ client re: Mot Dismiss Hrg, strategy, insurance claim re: Team One, and related issues (.2); review of order rescheduling hearing, phone conference w/ client re: hearing rescheduling and related issues (.1) <br> 🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ███ | ▌ | ███ |
| 07/08/2019 | 🕐 | Review of email correspondence from counsel for co-party re: motion to dismiss hearing presentation of arguments; review of parties arguments in memoranda of law <br> 🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.50h | ███ | ▌ | ███ |
| 07/02/2019 | 🕐 | Review and reply to client correspondence re: indemnification/insurance, status of matter, upcoming hearing, service on gov't defendants, and related issues; review of court docket re: same. <br> 🟢 Billed invoice 219 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.30h | ███ | ▌ | ███ |
| 06/28/2019 | 🕐 | Leave voicemail with insurance rep; draft correspondence to insurance rep re: processing claim, availability of coverage. <br> 🟢 Billed invoice 203 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ███ | ▌ | ███ |
| 06/17/2019 | 🕐 | Review of draft CM report, compare with notes of CM | 00438-Worrell Litigation defense, | Brian Calciano | 0.20h | ███ | ▌ | ███ |
| | | | | | **61.54h** | | **$0.00** <br> 0.0h | ███ <br> 61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | meeting; review and reply to counsel for ptfs re: contents of report, approval for filing.<br>🟢 Billed invoice 203 | Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 06/14/2019 | 🕐 | CM Conference 6/14/19 11am<br>🟢 Billed invoice 203 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.50h | ▮ | ▮ | ▮ |
| 06/11/2019 | 🕐 | Review and reply to email correspondence from parties' counsel re: CM conference scheduling; review of follow-up emails from counsel confirming.<br>🟢 Billed invoice 203 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 06/09/2019 | 🕐 | Phone conference w/ counsel for client in separate case re: deposition, insurance coverage; draft email correspondence to client re: same.<br>🟢 Billed invoice 203 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 06/06/2019 | 🕐 | Review of email correspondence w/ counsel for named parties re: CM conference scheduling, bankruptcy trustee interest in settlement.<br>🟢 Billed invoice 203 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ▮ | ▮ | ▮ |
| 06/05/2019 | 🕐 | Review of docket re: confirming appeared counsel for all parties for purposes of scheduling CMR; | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. | Brian Calciano | 0.40h | ▮ | ▮ | ▮ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ▮<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | phone conference w/ C. Staine (counsel for MDS) re: CM conference scheduling, pleading defects, pending motions, discovery management, and related issues in case.<br>🟢 Billed invoice 203 | Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 06/04/2019 | 🕐 | Review of docket activity 26-38, including motions to dismiss and orders related to stay and service issues; draft email correspondence to client re: update on case and litigation strategy; phone conference w/ client re: same; draft email correspondence to counsel on case re: scheduling CM conference; draft email correspondence to Saitta's counsel re: Rule 11 issues.<br>🟢 Billed invoice 203 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 1.70h | ███ | ▌ | ███ |
| 05/15/2019 | 🕐 | Review and download of returns/proofs of service re: defendants filed by ptfs<br>🟢 Billed invoice 189 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ███ | ▌ | ███ |
| 05/14/2019 | 🕐 | Misc. email correspondence w/ client re: docket activity; review of motion for enlargement, endorsed order re: same<br>🟢 Billed invoice 189 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.10h | ███ | ▌ | ███ |
| | | | | | 61.54h | | $0.00<br>0.0h | ███<br>61.54h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 05/13/2019 | 🕐 | Preparation of Motion to Dismiss<br>🟢 Billed invoice 189 | 00438-Worrell<br>Litigation defense,<br>Omnipol, a.S. et al. v.<br>Christopher Worrell et al.,<br>Case No.<br>8:19-cv-00794-VMC-TGW | Brian<br>Calciano | 6.20h | ███ | ▌ | ███ |
| 05/09/2019 | 🕐 | Review and reply to client email correspondence re: response to pleading and related issues re: status of case and defense.<br>🟢 Billed invoice 189 | 00438-Worrell<br>Litigation defense,<br>Omnipol, a.S. et al. v.<br>Christopher Worrell et al.,<br>Case No.<br>8:19-cv-00794-VMC-TGW | Brian<br>Calciano | 0.20h | ███ | ▌ | ███ |
| 05/06/2019 | 🕐 | Review and reply to email correspondence from C. Huffman re: operative pleading and potential for joint defense agreement<br>🟢 Billed invoice 189 | 00438-Worrell<br>Litigation defense,<br>Omnipol, a.S. et al. v.<br>Christopher Worrell et al.,<br>Case No.<br>8:19-cv-00794-VMC-TGW | Brian<br>Calciano | 0.10h | ███ | ▌ | ███ |
| 05/06/2019 | 🕐 | Review and reply to client email correspondence re: docs in support of defense; send ███ upload link, setup folder.<br>🟢 Billed invoice 189 | 00438-Worrell<br>Litigation defense,<br>Omnipol, a.S. et al. v.<br>Christopher Worrell et al.,<br>Case No.<br>8:19-cv-00794-VMC-TGW | Brian<br>Calciano | 0.10h | ███ | ▌ | ███ |
| 05/03/2019 | 🕐 | Draft email correspondence to C. Huffman re: representation of A. Saitta and requesting conference re: potential joint defense and related issues.<br>🟢 Billed invoice 189 | 00438-Worrell<br>Litigation defense,<br>Omnipol, a.S. et al. v.<br>Christopher Worrell et al.,<br>Case No.<br>8:19-cv-00794-VMC-TGW | Brian<br>Calciano | 0.10h | ███ | ▌ | ███ |
| 05/02/2019 | 🕐 | Check docket for confirmation of service date; draft reply to client | 00438-Worrell<br>Litigation defense, | Brian<br>Calciano | 0.10h | ███ | ▌ | ███ |
| | | | | | **61.54h** | | **$0.00**<br>0.0h | ███ |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | email correspondence re: service date and related issues.<br>🟢 Billed invoice 189 | Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | | | | | |
| 05/01/2019 | 🕐 | Initial review of complaint and phone conference w/ client and J. Blanchard re: pleading, facts and available defenses, litigation strategy, and related matters.<br>🟢 Billed invoice 189 | 00438-Worrell Litigation defense, Omnipol, a.S. et al. v. Christopher Worrell et al., Case No. 8:19-cv-00794-VMC-TGW | Brian Calciano | 0.90h | ███████ | - | ███████ |
| | | | | | **61.54h** | | **$0.00** | ███████ |
| | | | | | | | 0.0h | 61.54h |