UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL**

| | |
|---|---|
| CASE NO. 8:19-cv-794-T-33TGW | DATE: JANUARY 31, 2020 |

**Honorable THOMAS G. WILSON**

OMNIPOL, a.S., *et al.*

-v-

MULTINATIONAL DEFENSE SERVICES, LLC, *et al.*

| | |
|---|---|
| Interpreter: N/A | Court Reporter: N/A |
| Time: 2:37-3:22 (Total time: 45 mins.) | Courtroom 12A |
| Deputy Clerk: Dawn M. Saucier | Tape: Digital |

| | |
|---|---|
| Counsel for Plaintiffs: | Dallas LePierre |
| Counsel for Defendants: | Brian Calciano, Steve Cline |

PROCEEDING: Defendant James Brech's Motion for Attorney's Fees and Costs and Memorandum of Law (Doc. 107); Defendant Christopher Worrell's Motion for Attorney's Fees and Costs and Supporting Memorandum of Law (Doc. 109); Plaintiffs' Combined Response to Defendant Worrell's and Defendant Brech's Motions for Attorney's Fees and Sanctions (Doc. 116); Defendant James Brech's Reply to Plaintiffs Combined Response to Defendant Worrell's and Defendant Brech's Motions for Attorney's Fees and Sanctions (Doc. 117); and Reply Memorandum in Support of Defendant Christopher Worrell's Motion for Attorney's Fees and Costs (Doc. 118)

Court convened.

Oral argument of the parties.

Motions to be taken under advisement.

Court adjourned.