UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMNIPOL, A.S., et al.,

    Plaintiffs,

v.                                      Case No. 8:19-cv-794-VMC-TGW

CHRISTOPHER WORRELL, et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas G. Wilson (Doc. # 139), filed on March 23, 2021, recommending that Defendant Christopher Worrell's Motion for Determination of Attorneys' Fees and Costs (Doc. # 132) be granted to the extent that Worrell is awarded $19,334.00 for his reasonable attorneys' fees.

Plaintiffs filed an objection to the Report and Recommendation on April 21, 2021. (Doc. # 149). Worrell filed a response to the objection on May 5, 2021. (Doc. # 152).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). If a party files

1

a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, including Judge Wilson's Report and Recommendation as well as the Plaintiffs' objection thereto, the Court overrules the objection, adopts the Report and Recommendation, and grants Worrell's Motion to the extent described in the Report and Recommendation. The Court agrees with Judge Wilson's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and the objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of United States Magistrate Judge Thomas G. Wilson (Doc. # 139) is **ADOPTED.**

(2) Defendant Christopher Worrell's Motion for Determination of Attorneys' Fees and Costs (Doc. # 132) is **GRANTED** to the extent that Worrell is awarded $19,334.00 for his reasonable attorneys' fees.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of May, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE