UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMNIPOL, A.S., et al.

    Plaintiffs,

v.                         Case No: 8:19-cv-794-VMC-TGW

CHRISTOPHER WORRELL, et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. # 167), filed on December 19, 2022, recommending that Defendant Christopher Worrell's Motion for Attorney's Fees (Doc. # 165) should be granted to the extent that he be awarded $9,870.00 for his reasonable appellate attorney's fees.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants the Motion to the extent Mr. Worrell is awarded $9.870.00 in reasonable appellate attorney's fees.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 167) is **ACCEPTED** and **ADOPTED.**

(2) Defendant Christopher Worrell's Motion for Attorney's Fees (Doc. # 165) is **GRANTED** to the extent that he is awarded $9,870.00 for his reasonable appellate attorney's fees.

(3) The Clerk is directed to enter judgment accordingly.

**DONE and ORDERED** in Tampa, Florida, this 9th day of January, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3